The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1. Kelly Daniel Bass
   v. Commonwealth of Virginia
   Record No. 0769-18-2
   Opinion rendered by Judge Beales on
   July 9, 2019

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. James Bethea, s/k/a, etc.
     v. Commonwealth of Virginia
    Record No. 2014-16-4
     Opinion rendered by Chief Judge Decker
       on February 20, 2018
    Judgment of Court of Appeals affirmed by opinion rendered on August 28, 2019 (180527)

2. Patrick Darnell Hill
     v. Commonwealth of Virginia
    Record No. 0482-17-1
     Opinion rendered by Judge O'Brien
       on April 24, 2018
    Judgment of Court of Appeals affirmed by opinion rendered on August 30, 2019 (180681)